UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORNA MCCARTHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:14-cv-00603 |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S COMPLAINT**

Plaintiff, LORNA MCCARTHY ("Plaintiff"), through her attorney, Daniel Goldsmith Ruggiero, Esq., alleges the following against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC ("Defendant"):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA").

**JURISDICTION AND VENUE**

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1367, and 15 U.S.C. §1692k.

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Venue and personal jurisdiction in this District are proper because Defendant does or transacts business within this District, and a material portion of the events at issue occurred in this District.

**PARTIES**

5. Plaintiff is a natural person residing in Ansonia, New Haven County, Connecticut.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3).

7. Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6).

9. Defendant attempted to collect a consumer debt from Plaintiff.

10. Defendant is a junk-debt purchaser headquartered in Norfolk, Virginia.

11. Defendant's business includes, but is not limited to, collecting on unpaid, outstanding account balances.

12. When an unpaid, outstanding account is placed with Defendant it is assigned a file number.

13. The principal purpose of Defendant's business is the collection of debts allegedly owed to third parties.

14. Defendant regularly collects, or attempts to collect, debts allegedly owed to third parties.

15. During the course of its attempts to collect debts allegedly owed to third parties, Defendant sends to alleged debtors bills, statements, and/or other correspondence, via the mail and/or electronic mail, and initiates contact with alleged debtors via various means of telecommunication, such as by telephone and facsimile.

16. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

17. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, GE Capital Retail Bank, account number ending in 8691 ("Account").

18. Plaintiff's alleged debt owed to GE Capital arises from transactions for personal, family, and household purposes.

19. Plaintiff retained the services of Debt Counsel for Seniors and the Disabled ("DCSD") to help with Plaintiff's unsecured debts.

20. DCSD protects seniors, veterans, and the disabled to ensure creditors and collectors do not violate collection laws or garnish federally protected incomes, such as Social Security, Social Security Disability, Veterans benefits, and other federal funds.

21. On October 16, 2013, Defendant mailed a collection letter to Plaintiff regarding the Account. *See* Defendant's letter attached as Exhibit A.

22. On November 12, 2013, DCSD faxed a notice of representation and cease and desist letter to Defendant at 757-321-2504. *See* the letter attached as Exhibit B.

23. DCSD's letter was provided to Defendant with Plaintiff's name, last four digits of the account number, and a cease and desist request from both DCSD and Plaintiff. *Id.*

24. On November 12, 2013, after DCSD's letter was faxed to Defendant, a Transmission Verification Report was generated.

25. According to the Transmission Verification Report, Defendant received DCSD's notice of representation and cease and desist letter on November 12, 2013.

26. Despite having received Plaintiff's cease and desist request and letter informing Defendant of DCSD's representation, Defendant telephoned Plaintiff regarding the GE Capital Account after November 12, 2013.

27. On December 5, 2013, DCSD telephoned Defendant to confirm that Defendant had placed collections calls to Plaintiff after November 12, 2013, regarding the GE Capital Account,

after Defendant had received DCSC's notification to cease and desist further communication with Plaintiff and that Plaintiff had legal representation. *See* the call checklist attached as Exhibit C.

28. Despite Plaintiff's request that Defendant cease contacting her directly in connection with the alleged GE Capital account, Defendant continued to contact Plaintiff, seeking and demanding payment on the alleged debt at issue in this case.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

29. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692c(c) of the FDCPA by communicating with Plaintiff after Defendant received Plaintiff's cease and desist letter.

WHEREFORE, Plaintiff, LORNA MCCARTHY, respectfully requests judgment be entered against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC for the following:

30. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

31. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

32. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

May 2, 2014                By:  /s/ Daniel G. Ruggiero_____
                           Daniel G. Ruggiero, Esq, Juris # 327564
                           P.O. Box 291
                           Canton, MA 02021
                           Tel: 339-237-0343
                           druggieroesq@gmail.com
                           Attorney for Plaintiff

# **EXHIBIT A**

J.C.P

#10222

## PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. Box 12914  Norfolk, VA 23541
PHONE (800) 772-1413

10/16/2013

LORNA MCCARTHY
14 LAROVERA TER
ANSONIA, CT 064011555

Re: Account/Reference Number: 6008890869158691
GE CAPITAL RETAIL BANK/JC PENNEY/GE CAPITAL RETAIL BANK
Balance: $655.36

Brandy
Fax # 757-321-2504

Dear LORNA MCCARTHY:

Your account was purchased from GE CAPITAL RETAIL BANK on 8/20/2013. At that time, a letter was sent to you notifying you that Portfolio Recovery Associates had purchased this account.

This letter serves as an additional courtesy notification regarding the purchase of this account.

Please call us immediately toll free at (800) 772-1413 to make payment arrangements. Our hours of operation are 8:00 AM – 11 PM Monday through Friday, 8 AM – 5 PM Saturday, and 2 PM – 9 PM Sunday.

Please make all checks payable to "Portfolio Recovery Associates, LLC" and send all payments to the following address: Portfolio Recovery Associates, LLC, P.O. Box 12914  Norfolk, VA 23541.

Sincerely,

Ursula Giles
Portfolio Recovery Associates Representative

| Original Account Number: | 6008890869158691 | Last Payment Date: | 3/3/2013 |
|---|---|---|---|
| Balance at Purchase | $655.36 | Current Balance: | $655.36 |
| Breakdown (if available): | | Breakdown of Current Balance: | |
| Principal | | Remainder of Purchase Principal and Interest (includes payments, if applicable) | |
| Interest | | | $655.36 |
| | | Interest assessed by PRA | $0.00 |
| Other Charges | | Total Collection Costs, Attorney Fees, and Other Charges | $0.00 |

www.portfoliorecovery.com

This letter is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

NOTICE: SEE ADDITIONAL PAGE(S) FOR IMPORTANT INFORMATION

GECT20

# **EXHIBIT B**

Case 3:14-cv-00603-JCH   Document 1   Filed 05/02/14   Page 8 of 11



Debt Counsel for Seniors & the Disabled

November 12, 2013     BY FAX ONLY: 757-321-2504
                     Page 1 of 2

Collections Manager
Portfolio Recovery Associates, LLC
140 Corporate Blvd.
Norfolk, VA  23502


Re:   Lorna McCarthy
      Your reference # JC Penney: Ending in 8691
      Our file # 10222

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for purposes of enforcing their rights pursuant to all applicable federal debt collection laws.  Debt Counsel for Seniors and the Disabled exclusively represents clients who are seniors, veterans and/or disabled individuals whose income (e.g. social security, disability, veterans' benefits, etc.) is protected by federal law.

My client hereby disputes the entire amount of the debt referenced above.  Accordingly, please provide any agreement(s) my client may have signed regarding this debt as well as an accounting history, balance calculation and charge-off date, if applicable, to this law firm at the above address.  Also, please report this debt as disputed to all Credit Reporting Agencies to which you reported this debt..

Notwithstanding my representation, be on notice that my client hereby directs you to cease and desist all further communications with my client and hereby expressly revokes any prior consent that may have been given to call any telephone.  My client also hereby revokes any prior business relationship with you or with any other party(s) involved in this matter, which includes revocation of any agreement to arbitrate any matter that my client may have entered into with your or any predecessor in interest.

Per the official Staff Commentary on Regulation Z 226.2(a)(22), please direct all further communication regarding this matter to my office, Debt Counsel for Seniors and the Disabled, 542 S. Dearborn Street, Suite 1260, Chicago, IL 60605, 800-992-3275.

Sincerely,

*Jerome Lamet*

Jerome S. Lamet
Supervising Attorney
Debt Counsel for Seniors and the Disabled

Cc:  Lorna McCarthy

---

Jerome S. Lamet, Supervising Attorney
The Pontiac Building
542 South Dearborn
Suite 1260
Chicago, Illinois  60605
V: (312) 939-2221
F: (312) 356-3199

```
              TRANSMISSION VERIFICATION REPORT

                                              TIME  : 11/12/2013 14:51
                                              NAME  : JEROME LAMET LTD
                                              FAX   : 13123563199
                                              TEL   : 13129392221
                                              SER.# : BROD8J797996


    DATE,TIME                    11/12  14:50
    FAX NO./NAME                 17573212504
    DURATION                     00:00:47
    PAGE(S)                      02
    RESULT                       OK
    MODE                         STANDARD
                                 ECM
```



November 12, 2013

BY FAX ONLY: 757-321-2504

Page 1 of 2

Collections Manager
Portfolio Recovery Associates, LLC
140 Corporate Blvd.
Norfolk, VA 23502


Re:   Lorna McCarthy
      Your reference # JC Penney: Ending in 8691
      Our file # 10222

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for purposes of enforcing their rights pursuant to all applicable federal debt collection laws. Debt Counsel for Seniors and the Disabled exclusively represents clients who are seniors, veterans and/or disabled individuals whose income (e.g. social security, disability, veterans' benefits, etc.) is protected by federal law.

My client hereby disputes the entire amount of the debt referenced above. Accordingly, please provide any agreement(s) my client may have signed regarding this debt as well as an accounting history, balance calculation and charge-off date, if applicable, to this law firm at the above address. Also, please report this debt as disputed to all Credit Reporting Agencies to which you reported this debt..

Notwithstanding my representation, be on notice that my client hereby directs you to cease and desist all further communications with my client and hereby expressly revokes any prior consent that may have been given to call any telephone. My client also hereby revokes any prior business relationship with you or with any other party(s) involved in this matter, which includes

# **EXHIBIT C**

**Client ID #** 10222

## Call Checklist

**Date:** 12-5-13

**Name of the office**

Portfolio Recovery

**What account is this for?**

JCPenney — $8691

**What is the reference number?**

n/A

**What is your name?**

Ms. Wright

**Fax number?**

757-321-2504

**Notes**

I called 800-772-1413 b/c client was (still) getting calls. Spoke to ms. wright... she said the client has two acct w/ her office one in legal other still pending. I said ok which are you calling her (client) for, she said, JCP.

(We called her about)