**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LORNA MCCARTHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-00603 |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGEMENT**

Plaintiff, LORNA MCCARTHY ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, accepts Defendant's Offer of Judgment, which is attached as Group Exhibit A.

RESPECTFULLY SUBMITTED,

November 4, 2014

By: /s/ Michael S. Agruss

Michael S. Agruss, Ill Bar # 6281600
Agruss Law Firm, LLC
4619 N Ravenswood Ave Suite 303a
Chicago, IL 60640
michael@agrusslawfirm.com
Attorney for Plaintiff

# **EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORNA MCCARTHY,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendant. | : | Case No. 3:14-cv-00603-JCH<br><br>October 24, 2014 |

**OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the Defendant hereby offers to allow judgment to be taken against it in this action in favor of the Plaintiff, Lorna McCarthy, in the amount of One Thousand One and 00/100 Dollars ($1,001.00) (inclusive of all claims for damages, compensatory, statutory or otherwise) plus costs and reasonable attorney's fees accrued to the date of this offer, to be agreed by the parties or determined by the Court upon application.

This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that the Defendant has any liability in this action, or that the Plaintiff has suffered any damage.

THE DEFENDANT
PORTFOLIO RECOVERY ASSOCIATES, LLC

By: ______________________
Jonathan D. Elliot

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
E-Mail: jelliot@znclaw.com

Its Attorneys

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via U.S. Certified Mail, Return Receipt Requested, on this date, to:

Daniel Goldsmith Ruggiero, Esq.
Attorney at Law
2 Fieldstone Drive
Raynham, MA 02767

Jonathan G. Cohen, Esq.
2 Congress Street
Hartford, CT 06114

Dated at Bridgeport, Connecticut on this 24th day of October 2014.

Jonathan D. Elliot

# PROOF OF SERVICE

I, Michael S. Agruss, state the following:

I am employed in Chicago, Illinois. I am over the age of 18, and am not a party to this action. My business address is 4619 N. Ravenswood Ave., Suite 303A, Chicago, IL 60640. On November 4, 2014, I served the following documents:

**Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment**

On the parties listed below:

Johnathan D. Elliot
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd.
Bridgeport, CT 06604
Tel: 203-333-9441
Fax: 203-333-1489
jelliot@znclaw.com

**Attorneys for Defendant**
**Portfolio Recovery Associates, LLC**

By the following means of service:

[X] **BY ELECTRONIC SERVICE:** the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, which provides electronic notice to all counsel of record.

[X] **BY MAIL:** I deposited the envelope in the mail in Chicago, Illinois. The envelope was mailed with postage fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document was deposited with the U.S. Postal Service on this date with postage fully prepaid in Chicago, Illinois, in the ordinary course of business.

[X] **FEDERAL:** I declare under penalty of perjury under the laws of Illinois that the above is true and correct.

Executed on November 4, 2014, in Chicago, Illinois.

By:/s/Michael S. Agruss________
Michael S. Agruss