**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LORNA MCCARTHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:14-cv-00603 |
| | ) |
| PORTFOLIO RECOVERY | ) |
| ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**

Plaintiff, LORNA MCCARTHY ("Plaintiff"), through Plaintiff's attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

December 19, 2014         RESPECTFULLY SUBMITTED,

                                    By: /s/ Michael S. Agruss
                                         Michael S. Agruss
                                         Agruss Law Firm, LLC
                                         4619 N Ravenswood Ave. Suite 303A
                                         Chicago, IL 60640
                                         Tel: 312-224-4695
                                         michael@agrusslawfirm.com

## **CERTIFICATE OF SERVICE**

On December 19, 2014, the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, which will provide electronic notice to all counsel of record.

By: /s/ Michael S. Agruss
Michael S. Agruss