UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORNA MCCARTHY,<br><br>    Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:  No. 3:14-cv-00603-JCH<br>:<br>:<br>:<br>:<br>:<br>: |

**STIPULATION FOR VACATION OF JUDGMENT**
**AND DISMISSAL WITH PREJUDICE**

WHEREAS, the defendant offered to settle this action by serving an Offer of Judgment;

WHEREAS, plaintiff accepted the offer and judgment entered on November 19, 2014, leaving open the issue of the determination of attorney's fees and costs; and

WHEREAS, the parties have resolved the issues without the necessity of further proceedings before this Court.

NOW THEREFORE, the parties hereto stipulate and agree, as follows:

1.   The Judgment entered on November 19, 2014, shall be vacated.

2.   The action shall be dismissed with prejudice and without court-ordered costs or attorney's fees as to any party.

| | |
|---|---|
| THE PLAINTIFF<br>LORNA MC CARTHY | THE DEFENDANT<br>PORTFOLIO RECOVERY<br>ASSOCIATES, LLC |
| By:  /s/Michael S. Agruss\_\_\_\_\_<br>　　Michael S. Agruss<br>　　Agruss Law Firm, LLC<br>　　4619 N. Ravenswood Ave., Ste 303A<br>　　Chicago, IL 60640<br>　　Tel: 312-224-4695<br>　　Email: michael@agrusslawfirm.com<br><br>Her Attorney | By: /s/ Jonathan D. Elliot<br>　　Jonathan D. Elliot<br>　　Zeldes, Needle & Cooper, P.C.<br>　　1000 Lafayette Boulevard<br>　　Bridgeport, CT  06604<br>　　Tel:  203-333-9441<br>　　Fax:  203-333-1489<br>　　E-Mail:  jelliot@znclaw.com<br><br>Its Attorneys |
| So Ordered:  _____ | Date:_____ |